B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ISC8 Inc., a Delaware corporation fka Irvine Sensors Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Irvine Sensors Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**33-0280334** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**151 Kalmus Drive, Suite A203**<br>**Costa Mesa, CA**<br><br>ZIP Code **92626** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                    Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>ISC8 Inc., a Delaware corporation fka Irvine Sensors<br>Corporation |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>  Signature of Attorney for Debtor(s)            (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

   ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____
                (Name of landlord that obtained judgment)

                _____
                (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                           Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
ISC8 Inc., a Delaware corporation fka Irvine Sensors
Corporation

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X  /s/ Robyn B. Sokol
_____
Signature of Attorney for Debtor(s)

 Robyn B. Sokol 159506
_____
Printed Name of Attorney for Debtor(s)

 Ezra Brutzkus Gubner LLP
_____
Firm Name
 21650 Oxnard Street
 Suite 500
 Woodland Hills, CA 91367
_____
Address

 (818) 827-9000  Fax: (818) 827-9099
_____
Telephone Number

 September 23, 2014          159506
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Kirsten Bay
_____
Signature of Authorized Individual

 Kirsten Bay
_____
Printed Name of Authorized Individual

 President and CEO
_____
Title of Authorized Individual

 September 23, 2014
_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1A (Official Form 1, Exhibit A) (9/97)
*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## Central District of California

In re    ISC8 Inc., a Delaware corporation fka Irvine Sensors Corporation    Case No.
Debtor(s)    Chapter    11

# EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 001-08402 .

2. The following financial data is the latest available information and refers to the debtor's condition on    September 23, 2014 .

a. Total assets                                             $  Unknown

b. Total debts (including debts listed in 2.c., below)      $            14,000,000.00

c. Debt securities held by more than 500 holders:

|  |  |  |  |  |  |  | Approximate number of holders: |
|---|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | 0.00 | 0 |

d. Number of shares of preferred stock                3,826        51

e. Number of shares common stock            245,465,848        1,000

   Comments, if any:

3. Brief description of Debtor's business:
   Debtor provides hardware, software and service offerings for Web Filtering, Deep Packet Inspection and Big Data Analytics, and Malware Threat Detection for Advanced Persistent Threats (APTs).

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
   Costa Brava Partnership III LP
   Griffin Fund LP
   Fundamental Master LP
   John Krieger

**CERTIFICATE OF ISC8, INC. AUTHORIZING
FILING OF PETITION UNDER
CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Kirsten Bay, do hereby certify as follows:

1.   I am the President, Chief Executive Officer and a director of ISC8, Inc. (the "Company").

2.   At a special meeting of the Board of Directors (the "Board") of the Company held on September 5, 2014, the following resolutions were duly enacted by a unanimous vote of the Board, and the same remain in full force and effect, without modification, as of the date hereof:

RESOLVED, that the Corporation and its creditors would best be served by reorganization of the Corporation under chapter 11 of 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").

FURTHER RESOLVED, that a petition under the provisions of chapter 11 of the Bankruptcy Code shall be filed by the Company with the United States Bankruptcy Court, Central District of California, on September 23, 2014 or such other date as is determined to be optimal for the Company by the Designated Officer of the Company.

FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute a chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a chapter 11 bankruptcy case on September 23, 2014 or such other date as is determined to be optimal for the Company by the Designated Officer of the Company.

FURTHER RESOLVED, that the Designated Officer is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which the Designated Officer deems necessary and proper in connection with the Company's bankruptcy case without further approval of the Board provided such action is within the ordinary course of the Company's business and bankruptcy case.  Such ordinary course actions shall include, but not be limited to, employing counsel and other professionals (both prior to and after the Company's bankruptcy filing), seeking Bankruptcy Court approval for the Company to use cash collateral or post-bankruptcy financing, seeking Bankruptcy Court approval of a plan and disclosure statement, compensating employees, and negotiating with creditors, lenders, vendors, suppliers, landlords

and any other party in interest as needed and entering into agreements regarding the same.

FURTHER RESOLVED, that other than as set forth above, the Designated Officer shall be required to obtain the prior approval of the Board before causing the Company to engage in an action which is outside the ordinary course of the Company's business including, but not limited to, the sale of all or substantially all of the Company's assets.

FURTHER RESOLVED, that Kirsten Bay, the current President and Chief Executive Officer of the Company, shall be the Designated Officer for all matters unless Kirsten Bay either designates a different officer of the Company to be the Designated Officer for any particular purpose or purposes, or Kirsten Bay is unable or unwilling to serve as the Designated Officer in which case John Vong, the current Senior Vice President and Chief Financial Officer of the Company, shall be second in line to serve as the Designated Officer.

Dated: September 23, 2014                    ISC8, Inc.


_____
Kirsten Bay, President & Chief Executive Officer

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   ISC8 Inc., a Delaware corporation fka Irvine Sensors Corporation       Case No. _____

_____   Chapter   11

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Alvin Fund LLC<br>60 Madison Avenue<br>New York, NY 10010 | Alvin Fund LLC<br>60 Madison Avenue<br>New York, NY 10010 | $3.5 Million bridge note | | 214,005.48 |
| Blackmore Partners, Inc.<br>5050 N. Broadway, Suite 101<br>Chicago, IL 60640 | Gerald Odywer<br>Blackmore Partners, Inc.<br>5050 N. Broadway, Suite 101<br>Chicago, IL 60640<br>(773) 728-2763 | Recruiting fees | | 90,000.00 |
| Bradley and Michelle Donner<br>5186 County Road 11<br>Rushville, NY 14544 | Bradley and Michelle Donner<br>5186 County Road 11<br>Rushville, NY 14544 | 2013 senior subordinated secured convertible notes | | 58,219.18 |
| Bradley J. Donner PSP<br>1981 Marcus Avenue<br>Second Floor<br>New Hyde Park, NY 11042 | Bradley J. Donner PSP<br>1981 Marcus Avenue<br>Second Floor<br>New Hyde Park, NY 11042 | 2013 senior subordinated secured convertible notes | | 58,219.18 |
| Brendalyn Norton<br>19137 Cudister Lake Lane<br>Boca Raton, FL 33498 | c/o John Ogrodnick<br>Brendalyn Norton<br>19137 Cudister Lake Lane<br>Boca Raton, FL 33498<br>(248) 478-7731 | 2013 senior subordinated secured convertible notes | | 116,438.35 |
| Brendan Burke<br>51 Forest Avenue, #22<br>CT 06871 | c/o John Ogrodnick<br>Brendan Burke<br>51 Forest Avenue, #22<br>CT 06871<br>(248) 478-7731 | 2013 senior subordinated secured convertible notes | | 58,219.18 |
| Brian Cooleen<br>769 Cherry Valley Road<br>Princeton, NJ 08540 | Brian Cooleen<br>769 Cherry Valley Road<br>Princeton, NJ 08540<br>(609) 393-3604 | 2013 senior subordinated secured convertible notes | | 438,873.53 |
| Cavium Networks<br>2315 N. First Street<br>San Jose, CA 95131 | Bob Turner<br>Cavium Networks<br>2315 N. First Street<br>San Jose, CA 95131<br>(919) 961-6490 | Software | Disputed | 204,800.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    ISC8 Inc., a Delaware corporation fka Irvine Sensors
Corporation

Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Chiomentistudio Legale<br>Via XXIV Maggio<br>43 00187<br>Rome, Italy | Vittorio Tadei<br>Chiomentistudio Legale<br>Via XXIV Maggio<br>43 00187<br>39-06 466221 | Legal fees | | 68,967.50 |
| Farnam Street Financial<br>240 Pondview Plaza<br>5850 Opus Parkway<br>Hopkins, MN 55343 | Ike Pohle<br>Farnam Street Financial<br>240 Pondview Plaza<br>5850 Opus Parkway<br>Hopkins, MN 55343<br>(952) 351-4365 | Equipment rental | | 111,534.00 |
| Honeywell<br>21725 Network Place<br>Chicago, IL 60673 | David Nielsen<br>Honeywell<br>21725 Network Place<br>Chicago, IL 60673<br>(763) 954-6885 | License software. | | 150,000.00 |
| Irving S. Schottz Family Trust<br>5185 Hoag Lane<br>Fayetteville, NY 13066 | Irving S. Schottz Family Trust<br>5185 Hoag Lane<br>Fayetteville, NY 13066 | 2013 senior subordinated secured convertible notes | | 58,219.18 |
| KC Gamma<br>112 Rt. 39 North<br>Sherman, CT 06784 | Kevin Casey<br>KC Gamma<br>112 Rt. 39 North<br>Sherman, CT 06784<br>(646) 825-4630 | 2013 senior subordinated convertible promissory note | | 241,740.63 |
| Procera Networks Ltd.<br>#302-1353 Ellis Street<br>Kelowna, British Columbia<br>V1Y 1Z9 Canada | Stuart Drummond<br>Procera Networks Ltd.<br>#302-1353 Ellis Street<br>Kelowna, British Columbia<br>(250) 448-1925 | Software | | 166,670.00 |
| Richard Core<br>c/o JP Turner & Company LLC<br>37034 Aldgate Court<br>Farmington, MI 48335 | c/o John Ogrodnick<br>Richard Core<br>c/o JP Turner & Company LLC<br>37034 Aldgate Court<br>Farmington, MI 48335<br>(248) 478-7731 | Subordinated secured convertible promissory note | | 83,790.94 |
| Ronald Chez<br>c/o JP Turner & Company LLC<br>37034 Aldgate Court<br>Attn:  John Ogrodnick<br>Farmington, MI 48335 | Ronald Chez<br>c/o JP Turner & Company LLC<br>37034 Aldgate Court<br>Farmington, MI 48335<br>(312) 944-0987 | Suborindated secured convertible promissory notes | | 856,439.22 |
| Sheila and David Cohen<br>923 Harvard Court<br>Woodmere, NY 11598 | c/o John Ogrodnick<br>Sheila and David Cohen<br>923 Harvard Court<br>Woodmere, NY 11598<br>(248) 478-7731 | 2013 senior subordinated secured convertible notes | | 81,947.61 |

B4 (Official Form 4) (12/07) - Cont.

In re  ISC8 Inc., a Delaware corporation fka Irvine Sensors
Corporation
_____
                    Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Tactical Flex Inc.<br>1516 154th Drive NE<br>Snohomish, WA 98290 | Loyal Moses<br>Tactical Flex Inc.<br>1516 154th Drive NE<br>Snohomish, WA 98290<br>(800) 921-2584 | Consultant fees | | 91,950.00 |
| Wall Street Associates<br>1200 Prospect Street, Suite 100<br>La Jolla, CA 92037 | Paul Ariano<br>Wall Street Associates<br>1200 Prospect Street, Suite 100<br>La Jolla, CA 92037<br>(858) 551-2111 | Subordinated secured convertible promissory note | | 114,854.53 |
| William Smith<br>c/o JP Turner & Company LLC<br>37034 Aldgate Court<br>Farmington, MI 48335 | William Smith<br>c/o JP Turner & Company LLC<br>37034 Aldgate Court<br>Farmington, MI 48335<br>(312) 944-0987 | Subordinated secured convertible promissory note | | 67,183.36 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  September 23, 2014
_____

Signature  /s/ Kirsten Bay
_____
              Kirsten Bay
              President and CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Costa Mesa                          , California.

Date:   September 23, 2014

/s/ Kirsten Bay

Kirsten Bay
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>Robyn B. Sokol - Bar No. 159506<br>Susan K. Seflin - Bar No. 213865<br>Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>(818) 827-9000 Fax: (818) 827-9099<br>E-mail: rsokol@ebg-law.com<br>　　　　sseflin@ebg-law.com<br><br>☒ *Attorney for: Debtor-in-Possession* | FOR COURT USE ONLY |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>　　ISC8 Inc., a Delaware corporation fka Irvine Sensors<br>　　Corporation<br><br>　　　　　　　　　　　　　　　　　　　　　　Debtor(s),<br><br>　　　　　　　　　　　　　　　　　　　　　　Plaintiff(s),<br><br><br><br><br>　　　　　　　　　　　　　　　　　　　　　　Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:　 11<br><br>**CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO  FRBP 1007(a)(1)<br>and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,　Kirsten Bay　　　　　　　　　　　　　　　　, the undersigned in the above-captioned case, hereby declare
　　　*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**
1.　　I have personal knowledge of the matters set forth in this Statement because:
　　　☒ I am the president or other officer or an authorized agent of the Debtor corporation
　　　☐ I am a party to an adversary proceeding
　　　☐ I am a party to a contested matter
　　　☐ I am the attorney for the Debtor corporation
　　2.a.　☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:  1) Costa Brava Partnership III LP; 2) Griffin Fund LLP
　　　　*[For additional names, attach an addendum to this form.]*
　b.　　☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

September 23, 2014　　　　　　　　　　　　　　By:　/s/ Kirsten Bay
Date　　　　　　　　　　　　　　　　　　　　　　Signature of Debtor, or attorney for Debtor

　　　　　　　　　　　　　　　　　　　　Name:　Kirsten Bay
　　　　　　　　　　　　　　　　　　　　　　Printed name of Debtor, or attorney for
　　　　　　　　　　　　　　　　　　　　　　Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012　　　　　　　　　　　　　　　　　　　　　　　**F 1007-4.CORP.OWNERSHIP.STMT**

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    Robyn B. Sokol

Address    21650 Oxnard Street Suite 500 Woodland Hills, CA 91367

Telephone    (818) 827-9000 Fax: (818) 827-9099

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>ISC8 Inc., a Delaware corporation fka Irvine Sensors Corporation FKA Irvine Sensors Corporation | Case No.: |
| | Chapter:    11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __29__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    September 23, 2014          /s/ Kirsten Bay
                                          Kirsten Bay/President and CEO
                                          Signer/Title

ISC8 Inc , a Delaware corporation fka Irvine Sensors Corp
151 Kalmus Drive, Suite A203
Costa Mesa, CA 92626


Robyn B  Sokol
Ezra Brutzkus Gubner LLP
21650 Oxnard Street
Suite 500
Woodland Hills, CA 91367


U S  Trustee   Santa Ana Division
411 Wet Fourth Street
Suite 9041
Santa Ana, CA 92701

ADT Security
3190 S Vaughn Way
Aurora, CO 80014


ADT Security Service
3190 S Vaughn Way
Aurora, CO 80014


ADT Security Services
3190 S Vaughn Way
Aurora, CO 80014


Alan Meyer
1914 Route 245
Stanley, NY 14561


Alessandro Zanetti
Via San Carlo, 124 20017
Rho (Milano) Italy


Alexander Awan
1215 Lindergrove Avenue
Rowland Heights, CA 91748


Alexander's Mobility Services
2942 Dow Avenue
Tustin, CA 92780


Alvin Fund LLC
60 Madison Avenue
New York, NY 10010

American Express
POB 981531
El Paso, TX 79998


Andrew Craig
16A Murray Street
Red Hill
QHD, Australia


Arkaddin, Inc
1051 E  Woodfield Road
Schaumburg, IL 60173


Atmos Energy
Attn: Customer Research
POB 650205
Dallas, TX 75265


Bill Joll
5401 Bayview Drive
Fort Lauderdale, FL 33308


Bill Joll
4410 Spectrum
Irvine, CA 92618


BivioNetworks, Inc
4457 Willow Road, Suite 200
Pleasanton, CA 94588


Blackmore Partners, Inc
5050 N  Broadway, Suite 101
Chicago, IL 60640

Bradley and Michelle Donner
5186 County Road 11
Rushville, NY 14544


Bradley J  Donner PSP
1981 Marcus Avenue
Second Floor
New Hyde Park, NY 11042


BRE/DP TX LLC
IndCor Properties, Inc
Two North Riverside Plaza, Suite 23
Chicago, IL 60606


BRE/DT TX LLC
820 860 Avenue F
Plano, TX 75074


Brendalyn Norton
19137 Cudister Lake Lane
Boca Raton, FL 33498


Brendan Burke
51 Forest Avenue, #22
CT 06871


Brian Cooleen
769 Cherry Valley Road
Princeton, NJ 08540


Bright Talk
501 Folsom Street, 2nd Floor
San Francisco, CA 94105

Broadridge ICS
51 Mercedes Way
Brentwood, NY 11717


Bruce Benda
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335


Bruce Tenniswood
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335


Buchalter Nemer
1000 Wilshire Blvd
Suite 1500
Los Angeles, CA 90017


Butzel Long
150 West Jefferson
Suite 100
Detroit, MI 48226


Calysto Communications, Inc
POB 1555 Buford
Buford, GA 30515


Cavium Networks
2315 N  First Street
San Jose, CA 95131


Cbeyond
320 Interstate North Parkway, SE
Atlanta, GA 30339

Cbeyond
879 W 190th Street, Suite 1200
Gardena, CA 90248


Chester ("Chet") P White
13 Walker Street
Mill Valley, CA 94941


Chiomentistudio Legale
Via XXIV Maggio
43 00187
Rome, Italy


Chris Hall
1418 Beaumont Circle
Flushing, MI 48433


Chris Muir
22 Bally Street
Kelvin Grove
Queensland, Australia 4059


Citrix Online
7414 Hollister Avenue
Goleta, CA 93117


CJR Complete Janitorial
923 Blue Jay Drive
Plano, TX 75094


Collin Central Appraisal District
250 Eldorado Parkway
McKinney, TX 75069

ComputerShare Inc
Dept CH 16934
Palatine, IL 60055


Coppertree Partners LP
19782 MacArthur Blvd , Suite 100
Irvine, CA 92612


County of Orange
Environmental Health
1241 East Dyer Road
Suite 120
Santa Ana, CA 92705


County of Orange
Attn: Treasurer Tax Collector
POB 1438
Santa Ana, CA 92702


Craig Thomas Lanning
110 Nightingale Manor
North Charleston, SC 29418


CT Corporation
Madison Corporate Team 1
8020 Excelsior Drive, Suite 200
Madison, WI 53717


David Genecco
3824 E Lake Road
Canandaigua, NY 14424


David Pinto
20 Phaedra
Laguna Niguel, CA 92677

David Schotz Family Trust
5185 Hoag Lane
Fayetteville, NY 13066


DCMA Santa Ana
Attn: Roger Smith
34 Civic Center Plaza, Rm 5001
Santa Ana, CA 92701


Deepak Sharma
6 Woodgrove Drive, #04 24
Singapore 738209


Delaware Secretary of State
Division of Corporations
Franchise Tax
POB 898
Dover, DE 19903


Delaware State Treasury
820 Silver Lake Blvd , Suite 100
Dover, DE 19904


Dell
POB 676021
c/o Dell USA L P
Dallas, TX 75267


Dell Financial Service
One Dell Way
Mail Stop RR3 56
NM 87682


Dell Financial Services
POB 81577
Tyler, TX 75708

Dell Financial Services, L L C
Mail Stop PS2DF 23
One Dell Way
Round Rock, TX 78682


Delta Dallas
Tollway Plaza II
15950 N  Dallas Parkway
Suite 500
Dallas, TX 75248


Dickinson Wright PLLC
2600 W  Big Beaver Road, Suite 300
Troy, MI 48084


Dorsey   Whitney LLP
POB 1680
Minneapolis, MN 55480


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Enterprise Strategy Group
20 Asylum Street
Milford, MA 01757


Eric Zuccarelli
8 Chimeney Hill Drive
Lambertville, NJ 08530


Escrow Associates LLC
123 Mission Street, Suite 1020
San Francisco, CA 94105

Essential Solutions, Inc
20380 Town Center Lane
Suite 165
Cupertino, CA 95014


Farnam Street Financial
240 Pondview Plaza
5850 Opus Parkway
Hopkins, MN 55343


Farnam Street Financial, Inc
5850 Opus Parkway, Suite 240
Minnetonka, MN 55343


Federick Palmerton
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335


Fedex
3875 Airways, Module H3
Dept  4634
Memphis, TN 38116


FFG Valuations Inc
555 Anton Blvd , Suite 1000
Costa Mesa, CA 92626


Foundation Law Group LLP
445 S Figueroa Street, Suite 2700
Los Angeles, CA 90071


Franchise Tax Board
Bankruptcy Section, MS: A 340
PO Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board (CA)
Franchise Tax Board Bankruptcy Sect
POB 2952
Sacramento, CA 95812


Fundamental Credit LP
140 S  Lake Avenue
Suite 302
Pasadena, CA 91101


Fundamental Master LP
140 S Lake Ave, Suite 302
Pasadena, CA 91101


Fundamental Master LP
140 S  Lake Avenue
Pasadena, CA 91101


Fundamental Master LP
140 S  Lake Avenue, Suite 302
Pasadena, CA 91101


Gayner Family Trust
880 San Clemente Blvd
Suite 300
Newport Beach, CA 92660


GE Capital
POB 650073
Dallas, TX 75265


Greg Cappola
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335

Griffin Fund
1 Embarcadero Center, Suite 530
San Francisco, CA 94111


Griffin Fund II LP
13 Walker Street
Mill Valley, CA 94941


Griffin Fund LP
13 Walker Street
Mill Valley, CA 94941


Griffin Partners II LP
1 Embarcadero Center, Suite 530
San Francisco, CA 94111


Gryphon's Door LLC
8437 Tuttle Avenue, Suite 314
Sarasota, FL 34243


Gryphon's Door, LLC
8437 Tuttle Avenue, Suite 314
Sarasota, FL 34243


Hagan Law Group
1333 W  McDermott Drive, Suite 200
Allen, TX 75013


Harsch Investment Corp
Hacienda Lakes, Unit 26
POB 4900
Portland, OR 97208

Harsch Investment Corp
3875 Hopyard Road, Suite 180
Pleasanton, CA 94588


Honeywell
21725 Network Place
Chicago, IL 60673


Honeywell
1985 Douglas Drive, N
Minneapolis, MN 55422


Incorporating Services Ltd
3500 S DuPont Highway
Dover, DE 19901


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


Irving S Schottz Family Trust
5185 Hoag Lane
Fayetteville, NY 13066


Itzik Tsarfati
Hatut 5A
Kiryat Bialik
Israel 27242


Jacqueline Samols
140 S Lake Avenue, Suite 302
Pasadena, CA 91101

Jaffe   Asher LLP
Attn: Daniel S Moken, Esq
600 Third Avenue, 23rd Floor
New York, NY 10016


James Alexiou
5636 Southall Terrace
Irvine, CA 92612


Jan Cioffi
719 Mockingbird Drive
Plano, TX 75094


John A  Brooks
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335


John Carson
2129 Setting Sun
Corona Del Mar, CA 92625


John Krieger
140 S  Lake Avenue, Suite 302
Pasadena, CA 91101


John Michael Furlong IRA
c/o Apex Clearing Corp
1981 Marcus Avenue, 2nd Floor
New Hyde Park, NY 11042


John Pastor
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335

John Stuart
440 Vista Grande
Newport Beach, CA 92660


John W Krieger
140 S Lake Avenue
Suite 302
Pasadena, CA 91101


Jonathon Bengston
712 Canfield Street
Gladewater, TX 75647


KC Gamma
112 Rt 39 North
Sherman, CT 06784


KC Gamma Opportunity Fund
112 Rt 39 North
Sherman, CT 06784


Keith Primeau
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335


Kenneth Fagan
20 Dickenson Road
Darien, CT 06820


Kurt Adelman
10880 Wilshire Blvd
Suite 800
Los Angeles, CA 90024

Lalitha E  Shastri IRA
Apex Clearing Corp
1981 Marcus Avenue, 2nd Floor
New Hyde Park, NY 11042


Lee D  Radford, Traditional IRA
c/o Apex Clearing Corp
1981 Marcus Ave , 2nd Floor
New Hyde Park, NY 11042


Leo Genecco   Sons Inc
1850 Route 332
Canandaigua, NY 14424


Llewellyn Derry
802 Sumner Drive
Mesquite, TX 75149


LTD Financial Services LP
Attn: Michael Chastain
7322 Southwest Freeway
Houston, TX 77074


Marco Germoni
Dubai Silicon Oasis
Cedre Villas  C74
Dubai, United Arabs Emirates


Marco Perego
Piazza Danta A 7
Ornago (MB) 20876
Italy


Marco Perego
Piazza Dante Alighieri 7
Ornago 20876 MB

Mechanical Solutions, Inc
3235 Halifax Street
Dallas, TX 75247


Merit Network, Inc
1000 Oakbrook Drive, Suite 200
Ann Arbor, MI 48104


Merriman Capital Inc
600 California Street, 9th Floor
Attn: D Jonathan Merriman, CEO
San Francisco, CA 94108


Metropolitan Networks (UK) Ltd
Access House
Cray Avenue
Orpington, BR5 3QB


Michael Silverstone
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335


Nanoshift, LLC
6 Seabreeze Drive
Richmond, CA 94804


NCO Financial Systems, Inc
507 Prudential Road
Horsham, PA 19044


Noble Financial Capital Markets
951 Yamato Road, Suite 210
Boca Raton, FL 33431

OCDE/The Esplanade
c/o CIP Real Estate Prop  Services
19762 MacArthur Blvd , #300
Irvine, CA 92612


Optics 1
1050 Holt Avenue, Suite 12
Manchester, NH 03109


P2J Asia Tech Sdn Bhd
A2 3A, Solaris Dutamas, No 1
Jalan Dutamas 1
Mont Kiara, 50480, Kuala Lumpur
Malaysia


Parature
13625 Dulles Technology Drive
Suite 100 B
Herndon, VA 20171


Pargold LP
POB 10669
San Bernardino, CA 92423


Partners for Growth III, L P
150 Pacific Avenue
San Francisco, CA 94111


Partners for Growth III, LP
150 Pacific Avenue
San Francisco, CA 94111


Partners For Growth Managers, LLC
150 Pacific Avenue
San Francisco, CA 94111

Plano Polic Dept
Attn: False Alarm Reduction Unit
909 14th Street
Plano, TX 75074


Premiere Global Services
3280 Peachtree Road, NE
Suite 100
Atlanta, GA 30305


Premiere Global Services
3280 Peachtree Road NE
Suite 1000
Atlanta, GA 30305


Procera Networks Ltd
1353 Ellis Street, Suite 302
Kelowna, B C  VIY 1Z9 Canada


Protection One Alarm Monitoring
POB 49292
Wichita, KS 67201


Ray Markham
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335


Redwood Fund LP
5023 N  Parkway Calabasas
Calabasas, CA 91302


Reuben Richard
POB 416
Far Hills, NJ 07931

Richard and Brenda Ruggiero
96 Jarvis Avenue
Staten Island, NY 10312


Richard Core
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335


Richard T Avis  Associates
Attn: M Tensley
POB 1008
Arlington Heights, IL 60006


RMS
Attn: Veronica
305 Fellowship Road, Suite 100
POB 5471
Mount Laurel, NJ 08054


Robert Guindi
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335


Robert Turner
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335


Robert Wilson
908 Corriente Pointe Drive
Redwood City, CA 94065


Ronald Chez
c/o JP Turner  Company LLC
37034 Aldgate Court
Attn: John Ogrodnick
Farmington, MI 48335

Sami Kapanen
Leirik Ylantie 45
70780 Kuopio
Finland


Samols Krieger
140 S Lake Avenue, Suite 302
Pasadena, CA 91101


SEC Connect LLC
One America Plaza
600 W Broadway, Suite 700
San Diego, CA 92101


Securities Exchange Commission
5670 Wilshire Blvd , 11th Floor
Los Angeles, CA 90036


Securities Exchange Commission
5757 Wilshire Blvd
Los Angeles, CA 90036


Sheila and David Cohen
923 Harvard Court
Woodmere, NY 11598


Simon Williams
2138 Terrena Valley Drive
San Jose, CA 95121


Southshore Capital Partners LP
270 Lafayette Street
Suite 1301
New York, NY 10012

Sparkletts
6750 Discovery Blvd
Mableton, GA 30126


Staples Business Advantage
Dept  LA
POB 83689
Chicago, IL 60696


Stephen   Shannan Bishop Fam  Trust
102 Reed Ranch Road
Belvedere Tiburon, CA 94920


Steve Paragioudakis
c/o JP Turner  Company LLC
37034 Aldgate Court
Farmington, MI 48335


SyncBASE, inc
85 Curlew Drive
Suite 103
Toronto, Ontario, M3A 2P8 Canada


Tactical Flex Inc
1516 154th Drive NE
Snohomish, WA 98290


The Berlat Living Trust (7/27/1990)
5616 S Graphite Way
Meridian, ID 83642


Theodore Lanes
318 Avenue I, Suite C
Redondo Beach, CA 90277

Thomas R  Stone
220 Lane 301B
Fremont, IN 46737


Thomson Reuters
2177 Centerville Road
Wilmington, DE 19808


Time Warner Cable
3301 W  Royal Lane
Irving, TX 75063


Time Warner Cable
200 Paularino Avenue
Costa Mesa, CA 92626


Time Warner Cable
200 Paularino Avenue
Costa Mesa, CA 92626


Timothy Zabriski
200 Maple Avenue
Schenectady, NY 12302


Trancoso Partners LP
2205 El Molino Place
San Marino, CA 91108


TW Telecom
10475 Park Meadows Drive
Lone Tree, CO 80124

Univest
3331 Street Road, Suite 325
Bensalem, PA 19020


Vericore
Attn: MIke Powers
10115 Kincey Avenue, Suite 100
Huntersville, NC 28078


Verizon Southwest
POB 11328
Saint Petersburg, FL 33733


Verizon Wireless
Attn: Correspondence Team
POB 5029
Wallingford, CT 06492


Vincenzo Russo
Via Della Republica, 134
Acri (CS) 87042
Italy


Vincenzo Russo
Via G Brodolini 19/1
87041 Acri (CS  Italy


Wael Taher
Tahervael@hotmail com


Wall Street Associates
1200 Prospect Street, Suite 100
La Jolla, CA 92037

Western Financial
POB 640
Devils Lake, ND 58301


William Smith
c/o JP Turner   Company LLC
37034 Aldgate Court
Farmington, MI 48335


Zvelo
5575 DTC Parkway, Suite 240
Englewood, CO 80111


Zvelo
295 Interlocken Blvd , Suite 500
Broomfield, CO 80021

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Robyn B. Sokol - SBN 159506<br>Susan K. Seflin - SBN 213865<br>Ezra Brutzkus Gubner LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>(818) 827-9000 Fax: (818) 827-9099<br>E-mail: rsokol@ebg-law.com; sseflin@ebg-law.com<br>☒ *Attorney for:* Debtor-in-Possession | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>ISC8 Inc., a Delaware corporation fka Irvine Sensors Corporation<br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists        Date Filed: _____

☐ Amendments to the petition, statement of affairs, schedules or lists        Date Filed: _____

☒ Other:   Emergency Petition and related required documents        Date Filed:   9/23/2014

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          September 23, 2014
*Signature of Authorized Signatory of Filing Party*          Date

Kirsten Bay
*Printed Name of Authorized Signatory of Filing Party*

President and CEO
*Title of Authorized Signatory of Filing Party*

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          September 23, 2014
*Signature of Attorney for Filing Party*          Date

Robyn B. Sokol
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*